Gloria SPEARS, Appellant,

v.

REID VANN, INC., Respondent.

No. 65486.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 7, 1995.

Frank A. Anzalone, Clayton, for appellant.

David C. Godfrey, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Gloria Spears, appeals from an order entered in the Circuit Court of St. Louis County denying her negligent bailment action against respondent, Reid Vann, Inc. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is based on findings of fact that are supported by substantial evidence and is not against the weight of the evidence. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for the decision.

Larry R. POLLOCK, Appellant,

v.

Janette LOHMAN, Director of
Revenue, Respondent.

No. WD 49678.

Missouri Court of Appeals,
Western District.

Feb. 14, 1995.

Loramel P. Shurtleff, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and
ELLIS and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM:

Appellant, Larry R. Pollock, petitioned the Circuit Court of Boone County pursuant to § 302.311, RSMo 1986, asserting that he had received notice from the Director of Revenue of a ten-year loss of driving privileges as a result of multiple convictions for driving while intoxicated. The judgment denying relief is affirmed as Pollock's petition does not allege facts entitling him to any relief.

Judgment affirmed. Rule 84.16(b).